UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GARY L. CARNES,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case Number.: 6:12-CV-00051-BR<br><br>ORDER DISMISSING PLAINTIFF'S APPEAL OF THE COMMISSIONER'S DECISION |

Comes now this Court and having reviewed Plaintiff's attorney's affidavit and Motion to Dismiss Plaintiff's appeal of the Commissioner's decision, finds that Plaintiff's attorneys motion is well taken, and this case is hereby dismissed.

Dated the 25th day of September, 2012.

IT IS SO ORDERED.

_____
District Court Judge